**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHESSY S. DONNELLY,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:21-cv-1117 JLT<br><br>ORDER VACATING THE SCHEDULING ORDER DATED JULY 23, 2021 |

Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits. (*See* Doc. 1.) Pursuant to General Order No. 615, all actions seeking such review are stayed due to limitations caused by the COVID-19 pandemic and the Commissioner's inability to prepare a certified administrative record. Accordingly, the Court **ORDERS**:

1. The Scheduling Order dated July 23, 2021 (Doc. 3) is **VACATED**; and
2. The action shall remain stayed, pending further order of the Court.

IT IS SO ORDERED.

Dated:  **July 26, 2021**                       /s/ Jennifer L. Thurston
                                            CHIEF UNITED STATES MAGISTRATE JUDGE