PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Regional Chief Counsel
ELIZABETH LANDGRAF
Special Assistant United States Attorney
 Social Security Administration
 160 Spear Street, Suite 800
 San Francisco, CA 94105
 Telephone: (510) 970-4828
 Facsimile: (415) 744-0134
 Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHESSY S. DONNELLY,<br><br> Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br> Acting Commissioner of Social Security,<br><br> Defendant. | No. 1:21-cv-01117-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from April 25, 2022, up to and including June 9, 2022. This is the parties' first stipulation for an extension of the Court's Scheduling Order.

    Defendant requests this extension because this case was recently reassigned to the undersigned attorney who currently has eight district court briefs due in the next six weeks, and

four of those briefs are due between April 21, 2022, and April 25, 2022, the current due date for Defendant's response to Plaintiff's Motion for Summary Judgment in this case.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's Motion for Summary Judgment by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 45 days, until June 9, 2022, to respond to Plaintiff's Motion for Summary Judgment.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: March 16, 2022              */s/ Shellie Lott*
                                  SHELLIE LOTT
                                  Attorney for Plaintiff
                                  (as approved via email)

DATE: March 16, 2022              PHILLIP A. TALBERT
                                  United States Attorney

                            By:   */s/ Elizabeth Landgraf*
                                  ELIZABETH LANDGRAF
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension, up to and including June 9, 2022, to respond to Plaintiff's Motion for Summary Judgment.
IT IS SO ORDERED.

Dated:   **March 17, 2022**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE